AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>GREGORY LEE FARLEY<br><br>Defendant(s) | )<br>)<br>) Case No. 3:22-MJ-2171<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 15, 2022 to September 8, 2022 in the county of Knox in the Eastern District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) | Conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

Please see the Affidavit of DEA TFO Donnie L. Mashburn which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA TFO Donnie L. Mashburn
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-8-22

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Jill E. McCook, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF A CRIMINAL COMPLAINT )
AND ARREST WARRANT FOR: ) 3:22-MJ-2171
 )
GREGORY LEE FARLEY )

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Donnie L. Mashburn, being duly sworn, deposes and says:

**INTRODUCTION AND AGENT BACKROUND**

1. I am an agent with Sevier County Street Crimes Unit and a Pigeon Forge Police Department ("PFPD") Narcotics Investigator and have been since January 2015. I have been a police officer in good standing since 2002. I am also assigned to the Drug Enforcement Administration ("DEA"), United States Department of Justice, as a Task Force Officer ("TFO"). I have been so since January 2020. In that role, I am responsible for investigating crimes that involve unlawful importation and exportation of controlled substances, the possession with the intent to distribute controlled substances, the distribution of controlled substances, and firearms related offenses, in violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Sections 922 and 924(c).

2. This affidavit is submitted in support of an application for an arrest warrant of GREGORY LEE FARLEY, 26 years old, of Detroit, MI.

3. This affidavit is based upon my training and experience, and information obtained from other law enforcement officers and agents involved in this investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the

1

facts that I believe are necessary to establish probable cause to demonstrate that GREGORY LEE FARLEY conspired to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## RELEVANT STATUTE

4. As noted above, this investigation concerns alleged violations of the following statutes:

21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) – Conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

## PROBABLE CAUSE

5. This case involves an investigation by the DEA and Pigeon Forge Police Department concerning members of a drug trafficking organization ("DTO") distributing methamphetamine and other controlled substances within the Eastern District of Tennessee.

6. On September 7, 2022, a federal grand jury sitting in Knoxville returned a one-count indictment against Demetrius ROBINSON charging conspiracy with others to distribute 50 grams or more of methamphetamine. That same day, U.S. Magistrate Judge Jill E. McCook also issued a federal search warrant for the residence located at 207 Branch Lane, Apartment #6, Knoxville, TN 37924, that was used by ROBINSON and other members of the DTO on multiple occasions between June 15, 2022 and September 7, 2022, to store and distribute controlled substances.

7. On September 8, 2022, I, along with other members of law enforcement, executed the search warrant at 207 Branch Lane, Apartment #6, Knoxville, TN 37924. FARLEY was

2

present at the residence. During the search, law enforcement seized over five pounds of crystal methamphetamine, and a small amount of suspected counterfeit opiate pills. FARLEY admitted to possession of the controlled substances.

## CONCLUSION

8. Based on the foregoing, I respectfully submit there is probable cause to establish that GREGORY LEE FARLEY, conspired with others to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

_____
Donnie L. Mashburn
Task Force Officer
DEA

SUBSCRIBED and SWORN before me this 8th day of September 2022.

_____
JILL E. MCCOOK
UNITED STATES MAGISTRATE JUDGE

3

Case 3:22-mj-02171-JEM   Document 1   Filed 09/08/22   Page 4 of 5   PageID #: 4